**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Lyman R. Rea, Marc Rea, Melissa Rea, William Rea, and Millicent Lindauer, Plaintiffs,

Of whom Lyman R. Rea is the Appellant,

v.

WYFF-TV 4, Greenville News, Greenville County Detention Center, and NBC Nightly News with Brian Williams, Respondents.

Appellate Case No. 2011-203408

Appeal From Greenville County
D. Garrison Hill, Circuit Court Judge

Unpublished Opinion No. 2012-UP-581
Submitted October 1, 2012 – Filed October 24, 2012

**AFFIRMED**

Lyman R. Rea, of Pittsburg, MO, pro se.

Christopher R. Antley, of Devlin & Parkinson, PA, of Greenville, for Respondent Greenville County Detention Center, and Carl F. Muller, of Greenville, for Respondent WYFF-TV 4 and Greenville News.

**PER CURIAM:**  Affirmed pursuant to Rule 220(b), SCACR, and the following authority: *Wilder Corp. v. Wilke*, 330 S.C. 71, 76, 497 S.E.2d 731, 733 (1998) ("It is axiomatic that an issue cannot be raised for the first time on appeal, but must have been raised to and ruled upon by the trial judge to be preserved for appellate review.").

**AFFIRMED.**[1]

**FEW, C.J., and WILLIAMS and PIEPER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.